```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ABEL ANTONIO PINA MOROCHO,

                Petitioner,

-against-

ALEJANDRO MAYORKAS, Secretary of
the Department of Homeland Security,

                Respondent.

22 Civ. 1262 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 27, of the Honorable Barbara C. Moses, the Court reviewed the R&R for clear error and found none. *See Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Respondent's motion to dismiss, ECF No. 12, is GRANTED.

    The Clerk of Court is directed to terminate the motion at ECF No. 12, mail a copy of this order to Petitioner *pro se*, and close the case.

    SO ORDERED.

Dated: February 14, 2023
        New York, New York

                                            ANALISA TORRES
                                          United States District Judge