**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ABEL ANTONIO PINA MOROCHO,

                Petitioner,　　　　　　　　22 **CIVIL** 1262 (AT)(BCM)

    -against-　　　　　　　　　　　　　　**JUDGMENT**

ALEJANDRO MAYORKAS, Secretary of the
Department of Homeland Security,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 14, 2023, the R&R is ADOPTED in its entirety.

Respondent's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
　　　　　February 14, 2023

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                                **BY:**　　　*K. Mango*
                                                    **Deputy Clerk**